TONI JARAMILLA
A PROFESSIONAL LAW CORPORATION

**JS6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JERAMIAH BURGE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES, a municipal entity, FRANCISCO LOPEZ, an individual, STEPHANIE JUAREZ, an individual, ANDRES FERNANDEZ, an individual, and DOES 4 to 25, inclusive,<br><br>Defendants. | **CASE NO. 2:25-cv-09953-RGK-MAA**<br><br>**[PROPOSED] ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE AND REQUEST THAT THE COURT RETAIN JURISDICTION TO ENFORCE SETTLEMENT;**<br>**District Judge:** Hon. R. Gary Klausner<br>**Mag. Judge:** Hon. Maria A. Audero<br>**Complaint Filed:** September 15, 2025<br><br>**FPTC:** July 20, 2026<br>**Trial:** August 4, 2026 |

The Court, having reviewed the parties' stipulation, and good cause appearing, hereby ORDERS as follows:

1. This action is dismissed in its entirety, with prejudice.

2. Each side shall bear its own attorneys' fees and costs pursuant to 42 U.S.C. §1988..

3. The Court retains jurisdiction to enforce the terms of the parties' settlement agreement.

///

///

4. All pending dates and deadlines, including the trial currently set for August 4, 2026, are vacated.

**IT IS SO ORDERED.**

Dated: August 3, 2026.

**Hon. R. Gary Klausner**
**United States District Judge**

TONI JARAMILLA
A PROFESSIONAL LAW CORPORATION